**STATE OF LOUISIANA**           *          NO. 2025-KA-0104

**VERSUS**                                  *          **COURT OF APPEAL**

**PERRY L. BRILEY**                   *          **FOURTH CIRCUIT**

                                                  *          **STATE OF LOUISIANA**

                                                  *

                                                  *
                            * * * * * * *


*JCL*      **LOBRANO, J., CONCURS IN THE RESULTS**